The People of the State of New York, Respondent,
*v.* Julius Rosenwasser, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 23, 1922; decided February 28, 1922.)

Appeal from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered June 27, 1921, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joseph S. Rosalsky, Thomas J. Sheridan* and *Mark Goldberg* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.